UNITED STATES of America,
Plaintiff–Appellee,

v.

Eric Todd MCCOY, also known as Eric McCoy, Defendant–Appellant.

No. 15-41464
Summary Calendar

United States Court of Appeals,
Fifth Circuit.

Filed September 8, 2016

---

Traci Lynne Kenner, U.S. Attorney's Office, Tyler, TX, for Plaintiff–Appellee.

Eric Todd McCoy, Pro Se.

Before DAVIS, SOUTHWICK, and HIGGINSON, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Eric Todd McCoy has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). McCoy has filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as McCoy's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.